No. 963. DISTRICT COUNCIL OF PAINTERS No. 16 OF ALAMEDA ET AL. COUNTIES *v.* PAINTERS UNION LOCAL 127 ET AL. C. A. 9th Cir. Certiorari denied. *Joseph E. Smith* for petitioner. *Francis J. McTernan* for respondents.

No. 1043. BARSALOUX *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1073. MACELVAIN ET AL., DBA DEEP ROCK DRILLING CO. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. Certiorari denied. *J. Campbell Palmer III* for petitioners. *Solicitor General Griswold, Philip A. Loomis, Jr.,* and *David Ferber* for respondent.

No. 1086. CITY OF MIAMI BEACH *v.* MANILOW ET AL. Sup. Ct. Fla. and Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Raphael Steinhardt* for petitioner.

No. 1088. THOMPSON ET AL. *v.* BOYLE, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied. *Donald V. Organ* for petitioners.

No. 1096. MCWILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *B. W. Minsky* for petitioner.

No. 1097. TORELLO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Anna R. Lavin* for petitioner.